UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

April 8, 2016

Mr. Daoud Rasheed
325 Anacostia Avenue, N.E.
Washington, DC 20019
Tel: 202-394-9517

vs.

DC Public Schools
1200 First Street, N.E.
Washington, DC 20002

Re:   CASE: 1:16-CV-00665   CKK
                            Amended Complaint

To Whom It May Concern::

  I was hired as an employee of DCPS on December 8, 2009 as a custodian. I had worked at several DCPS school facilities and the latest occurrence was at the Simon Elementary School. Based on my tenure with DCPS, I have a great track record for finishing targets on time and had maximum attendance. Based on the impact assessments, I was a satisfactory employee until September 2012, when I began experiencing discrimination through unfair IMPACT rating assessments. Nonetheless, I feel I have been discriminated against on the basis of my religion, age, and gender. As I endured and opposed the discrimination actions by various DCPS staff, including the current principal of Simon Elementary School, Dr. Sharon Holmes, I experienced emotional distress, pain, and suffering, as I was impacted out by a flawed system. I expressed my discontent in a formal letter to Dr. Holmes on July 2, 2015, which I have attached for your information.

  In November 2012, I filed the first of two EEOC Complaints, (EEOC#570-2013-00289) against the DCPS for discrimination against my religion. In this incident, I was denied leave to attend my wife's funeral and as a result I was emotionally disturbed. I hoped the discrimination occurrences would end as a result of my complaint filing, but the transgressions continued to worsen. As a result of my actions, staff at the DCPS continued the discriminatory acts and retaliatory behaviors, so I filed another discrimination complaint with the EEOC in November of 2014, (EEOC#570-2015-00213), for discrimination of age and gender. It is important to note that the first EEOC complaint was still under investigation and both complaints remained open up until February 2015. During my tenure, lesser experienced employees have been promoted over me and all of the superiors were women that exuded total dominance. Havi

RECEIVED
APR 11 2016
Clerk, U.S. District and
Bankruptcy Courts

suffered for a long time, I am standing up for myself since the DCPS terminated my employment in 2015 by instituting unlawful employment practices, which were a direct violation of Title VII Sec. 2000e-2 [Section 703] of the Civil Rights Act of 1964 for retaliatory discrimination.

I am writing this letter to the court as a last resort, as the previous complaints registered with the DC Government, Office of Attorney General, and DCPS Human Resources Department have fallen on deaf ears. I have previously filed numerous complaints with EEOC and with the DCPS Human Resources Department but they have all been mute points. My time at the company has been a good one, but this discrimination has left a bad taste in my mouth. It has been really frustrating that I was not appreciated by the DCPS for the high level of service I provided to the community in which I worked, especially since I was assured of equal opportunity under Federal Law.

I am seeking arbitration to reach a settlement in the amount of $2,500,000 (Two Million Five-Hundred Thousand Dollars) or a trial by jury were I am seeking punitive and compensatory damages of $5,000,000 (Five Million Dollars) in total or $1,000,000 (one million dollars) for each of five occurrences that have been listed in my previous formal complaints that were filed with both the EEOC and DCPS. If this matter is reached to the court, I am seeking a trial by jury. Discrimination in the workplace regarding religion, sex, and age are serious offences. I hope this matter is resolved soon to the satisfaction of both parties.

Sincerely,

Mr. Daoud Rasheed
325 Anacostia Ave, N.E.
Washington, DC 20019

DR/file

Enclosure

Cc:   DC Public Schools
      Human Resources/Peter Weber
      1200 First Street, N.E.
      Washington, DC 20002

Mr. Daoud A. Rasheed
5709 Blair Road, NE
Washington, DC 20011
(202) 394-9517

July 2, 2015

Dr. Sharon Holmes, Principal
Simon Elementary School
401 Mississippi Avenue, SE
Washington, DC 20032
(202) 645-3360

Attention: Dr. Holmes

Subject: Impact Assessment Grievance

Dear Dr. Holmes:

    I have worked at Simon Elementary School, as a janitor/maintenance staff over the past year and more specifically with DCPS for the past six years. During my tenure, I have been committed to providing excellent service to both the school facility and the community we serve. However, despite my commitment to the organization, it is troublesome to have recently received a negative IMPACT assessment score on your behalf during the close of this latest 2015 school year. Over the course of a few months, I have witnessed multiple adverse activities at the school and as a dedicated employee of the school, I feel that my observation of such activities have contributed to this low IMPACT score, since they were reported to both Central Office and the Office of Inspector General.

    One recent incident is one in which I reported a case of negligence where toxic chemicals were left unattended and open in the building, which could've caused bodily harm to the school kids, teachers, parents, and the likes. It is my understanding that under the DCPS administrative regulations, employees shall be disciplined only for "just cause." It is also my understanding as a maintenance staff of the building, that I am protected under the DCPS administrative regulations and federal law from working in or around unsafe conditions, or retaliated against for complaining about unsafe conditions. Another recent incident, which has been reported to the Office of Inspector General and DCPS Central Office is when the building was left open and unattended by staff during the nighttime hours and once I became aware of it, I made my presence and concern known to the security staff and I also had my image captured on the security cameras so it was officially captured on the record after my call to the security desk. Other incidents that have been made aware to the building management and administration were related to suspected theft, since many of the building's supplies continued to go missing, but none of these leads that I provided were further pursued or investigated. All of the leads I provided had been officially documented with my voluntary email reporting and as a

result, I was victimized by the school's administration and asked to leave the building by a MPD escort. In addition to the aforementioned, a direct violation of my privacy and personal health records were attempted to be retrieved by the school's administrative office from my doctor during my documented sick leave absence, which is a direct violation of Federal Health Care Privacy Laws, such as the HIPAA Act. Other violations include attempted denial of my use of Funeral Leave, upon notice of the death of my wife, which was documented and later excused after I produced the requisite original certificate medical documentation, per your formal letter request dated May 27, 2015. During my period of bereavement, you purposely scheduled my first and second attempts' of Impact Assessment on the exact day and time of the funeral services. This in itself is totally unacceptable and a violation of the Funeral Leave policy.

Therefore under the Collective Bargaining Agreement, I am writing to file a formal grievance with Dr. Holmes, Principal of Simon Elementary School, DCPS Central Office, and the Office of Inspector General for harassment and "workplace bullying," as outlined in the DCMR Title 5, Chapter 5-B25 code, which states, "bullying is repeated intentional behavior that occurs to intentionally harm others through verbal or nonverbal harassment, physical assault, or other subtle methods of coercion." This bullying behavior has continued throughout this latest school year and as a result, I have recently been informed of termination, effective August 7, 2015, based on a low IMPACT score. I feel this is a mark of disgrace for both Simon Elementary School and DCPS, therefore, I am seeking to confer with an attorney and also a Field Services Specialist to discuss investigation into the aforementioned matters that have previously been documented and on official record.

Based on the language in the IMPACT Guidebooks, principal administrators within the building cannot email IMPACT scores without a post conference or without any notifications. Unfortunately, this has been the case and I have not been notified of a post conference, nor had I been notified of the results of the IMPACT score formally from administration. Based on the IMPACT Guidebooks, this is a direct procedural violation of the process, as mentioned by a Union Field Service Specialist. While IMPACT measures specific detailed components of effective janitorial building management, it is qualitative in nature rather than quantitative making it more subjective than perhaps a high stakes building management should be, especially when there was not and has not been a preconference that establishes goals and baseline data for building maintenance staff by which to improve. Therefore, I am requesting transparency in the validity of the IMPACT scoring, in addition to the IVA formula used when calculating my Value Added IMPACT score. Core Professionalism and Commitment to the School Community should be the main measuring assessments for maintenance staff and I have been exemplary in providing a high level of service to the school, the community, and staff alike. Nonetheless, based on the aforementioned deficiencies in the administrative oversight process, I feel that I have been set up to fail, since there was no requisite training to reflect any expectations of the Simon Elementary School Administration, nor was there any support platform for the building's maintenance department. I am seeking to have an arbitrator conduct a proper IMPACT assessment on my behalf, be reinstated to my current position, and a subsequent transfer recommendation to another DCPS school,

with omission of this bogus IMPACT assessment from my DCPS employment record, since I have ample reason to believe that I was not fairly evaluated based on the criteria for my IMPACT group and its corresponding guidelines.

Please take the necessary steps to correct the above stated issue as soon as possible and provide a letter of response as a formal matter of closure. I would like to add that DC Law states that you are required to reply to this formal grievance within five (5) days. If a reply is not received within five (5) business days, I will be taking legal action to pursue my rights under the terms and conditions of my DCPS Employment Contract, Equal Employment Opportunity Commission laws, and Union Contract. Thank you for your cooperation.

Sincerely,

Mr. Daoud A. Rasheed

DAR/rkf

Enclosure

Cc:   DC Office of Inspector General – William T. Redden, Jr. Investigator

**From:** Rasheed, Daoud (DCPS) (DCPS) <daoud.rasheed@dc.gov>
**To:** frdyrash <frdyrash@aol.com>
**Subject:** Fwd: RE:
**Date:** Sat, Jul 18, 2015 8:18 am

Sent from my iPhone

Begin forwarded message:

> **From:** "Jackson, Michael A. (FEMS)" < Michael.Jackson5@dc.gov>
> **Date:** May 8, 2015 at 3:37:05 PM EDT
> **To:** "Rasheed, Daoud (DCPS)" < daoud.rasheed@dc.gov>
> **Subject: RE:**
>
> Please forward to me the name of the school and address
>
> ---
> From: Rasheed, Daoud (DCPS)
> Sent: Friday, May 8, 2015 10:26 AM
> To: Jackson, Michael A. (FEMS)
> Subject:

**From:** Rasheed, Daoud (DCPS) (DCPS) <daoud.rasheed@dc.gov>
**To:** frdyrash <frdyrash@aol.com>
**Subject:** Fwd: Allegation of Dishonesty
**Date:** Sat, Jul 18, 2015 8:12 am

Sent from my iPhone

Begin forwarded message:

> **From:** "Jeffries, Orndorff (DCPS)" < orndorff.jeffries@dc.gov>
> **Date:** November 10, 2014 at 10:25:10 AM EST
> **To:** "Rasheed, Daoud (DCPS)" < daoud.rasheed@dc.gov>
> "Spence, Kim (DCPS)" < kim.spence@dc.gov>
> **Subject: Allegation of Dishonesty**
>
> Mr. Daoud Rasheed - Good Morning!
>
> I am conducting an official investigation on behalf of the Chancellor into an allegation of Dishonesty which was made against you. Please contact me as soon as possible to arrange for your interview regarding the allegation. This is an Administrative Investigation, therefore you are entitled to union representation.
>
> Should you have any questions or comments, please don't hesitate to contact me.

O.W. Jeffries
Criminal Investigator
DCPS, Security
3535 V Street N. E.
Washington D. C. 20018
Office: (202) 576-5285
Cell: (202) 373-4599
Fax: (202) 576-6593

**From:** Rasheed, Daoud (DCPS) (DCPS) <daoud.rasheed@dc.gov>
**To:** frdyrash <frdyrash@aol.com>
**Subject:** Fwd: possible investigation needed - Simon ES
**Date:** Sat, Jul 18, 2015 8:10 am

Sent from my iPhone

Begin forwarded message:

> **From:** "Reich, Danielle (DCPS)" < danielle.reich@dc.gov>
> **Date:** May 5, 2015 at 11:09:23 AM EDT
> **To:** "Hudson-Hall, Conchita (DCPS)" < conchita.hudson-hall@dc.gov>
> **Cc:** "Rasheed, Daoud (DCPS)" < daoud.rasheed@dc.gov>
> **Subject: possible investigation needed - Simon ES**
>
> Hi Conchita,
>
> I just had a meeting with Mr. Daoud Rasheed (copied), custodian at Simon ES. Mr. Rasheed reported to me that he believes some custodial equipment has been taken from Simon. He also said that he had mentioned this to someone else before, so I'm not sure whether it's already under investigation. If this allegation has not already been assigned an investigator, could you please do so?
>
> Thank you,
> Danielle
>
> **Danielle H. Reich**
> Manager, Labor Management & Employee Relations
> Human Resources
>
> **Office of Human Capital**
> District of Columbia Public Schools
> 1200 First Street, NE
> Washington, DC  20002
> T  202.442.5373
> F  202.535.2817
> E  danielle.reich@dc.gov
> W  http://dcps.dc.gov



DISTRICT OF COLUMBIA

## Employment Verification

### Employment Verification:

| | |
|---|---|
| **Employee Name:** | daoud abdul rasheed |
| **Start Date:** | 12-8-2009 |
| **Separation Date:** | current |
| **Current DCPS Employee:** | Yes |
| **Position Title:** | Custodian |
| **Hours Worked Weekly:** | 40.00 |
| **Gross Annual Salary:** | N/A-Hourly rate of pay |
| **Gross Hourly Salary:** | $22.71 |
| **Earnings Year-to-date:** | $29,110.71 |
| **Previous Two Years' Earnings:** | 2014=$42,992.29  2013=$39,962.30 |
| **Seasonal Layoff Dates:** | |
| **Employee is Paid 10, 11 or 12 Months:** | 12 months |
| **School Name:** | |
| **Comments:** | |

### Information Requested By:

| | |
|---|---|
| **Requester Name:** | daoud rasheed |
| **Requesting Organization:** | |
| **Verification Request Type:** | Other |

### Certification:

This employment verification was generated on 7-8-2015 and has been certified as correct by Kimberly Taylor, Human Resources, Coordinator. If there are any questions about the information in this form, please contact HR Answers at 202-442-4090. Our office hours are Monday through Thursday 8:00 a.m. to 5:00 p.m. and Friday 8:00 a.m. to 3:00 p.m.

Respectfully,

*Crystal Jefferson* (signature)

Crystal Jefferson

**Deputy Chief, Human Resources**
District of Columbia Public Schools
1200 First Street, NE, 10th Floor
Washington, DC 20002