UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAOUD RASHEED,<br>    *Plaintiff*,<br><br>    v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br>    *Defendant*. | Civil Action No. 16-00665 (CKK) |

**ORDER**
(August 6, 2019)

For the reasons stated in the accompanying Memorandum Opinion, it is this 6th day of August, 2019, hereby

ORDERED that Defendant's [66] Motion for Judgment on the Pleadings is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's hostile work environment claims pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and the District of Columbia Human Rights Act ("DCHRA") (Count 2 of the Plaintiff's Second Amended Complaint) are **DISMISSED WITH PREJUDICE**. Plaintiff's religious discrimination claims pursuant to Title VII and the DCHRA (Count 1 of Plaintiff's Second Amended Complaint) remain standing.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge