UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAOUD A. RASHEED,<br><br>    *Plaintiff*,<br><br>v.<br><br>DC PUBLIC SCHOOLS, *et al.*<br><br>    *Defendants*. | Civil Action No. 1:16-cv-665 (CKK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please withdraw the appearance of Christina Okereke, former Assistant Attorney General now Chief, Civil Litigation Division, Section II, and enter the appearances of Sarah L. Knapp and Asha S. Bryant, Assistant Attorneys General, as counsel for Defendant District of Columbia in the above-captioned matter.

Dated:  September 5, 2019

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division


*/s/ Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I


*/s/  Sarah L. Knapp  /pao*
SARAH L. KNAPP
D.C. Bar No. 470008
Assistant Attorney General

*/s/ Asha S. Bryant*
ASHA S. BRYANT
D.C. Bar No. 1022294
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
202- 724-6528; 202-807-0359 (direct)
202-727-6295 (main);
202-741-8886 (facsimile)
sarah.knapp@dc.gov; asha.bryant2@dc.gov

*Counsel for Defendant District of Columbia*